

| PROB 22<br>Rev. 2/88 | | DOCKET NUMBER (Tran. Ct)<br>15-80008-TP-MARRA |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Ct)<br>12cr129-1 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT<br>Southern | DIVISION<br>Probation |
|---|---|---|
| Edward Bartle Jr. | NAME OF SENTENCING JUDGE<br>The Honorable John R. Padova<br>United States District Court | |

| SD/FL PACTS No. 248845 | DATES OF<br>SUPERVISED RELEASE | FROM<br>10/10/2014 | TO<br>10/09/2022 |
|---|---|---|---|

OFFENSE: Possession with intent to distribute 5 grams or more of methamphetamine (Count One)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>EASTERN DISTRICT OF PENNSYLVANIA</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/11/18
Date

United States District Judge
KENNETH A. MARRA

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF PENNSYLVANIA</u>.

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/22/2018
Effective Date

United States District Judge